UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
:
LAMAR BROWN, on behalf of himself and all : 
others similarly situated, :
:
                                      Plaintiff, :      23-CV-2886 (VSB)
:
                            -against- :         **ORDER**
:
LARK IN THE MORNING, INC., :
:
                            Defendant. :
:
----------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      Plaintiff filed this action on April 6, 2023, (Doc. 1), and filed proof of service on May 1, 2023, (Doc. 5). The deadline for Defendant to respond to Plaintiff's complaint was May 22, 2023. (*See id.*) To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intend to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than June 20, 2023. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    June 6, 2023
             New York, New York

                                                                                   VERNON S. BRODERICK
                                                                                  United States District Judge